1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION AND THE UNITED STATES DEPARTMENT OF THE INTERIOR; THE STATE OF WASHINGTON THROUGH THE WASHINGTON DEPARTMENT OF ECOLOGY; MUCKLESHOOT INDIAN TRIBE; SUQUAMISH INDIAN TRIBE OF THE PORT MADISON RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>CROWLEY MARINE SERVICES, INC., 8th AVENUE TERMINALS, INC., and WASHINGTON DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Case No. 2:24-cv-00307-JLR<br><br>[~~PROPOSED~~] ORDER ENTERING CONSENT DECREE |

ORDER                                 - 1 -

Comes now this Court, finding good cause, for the reasons set forth in Plaintiffs'
Unopposed Motion to Enter Consent Decree (Dkt. No. 6), approves and enters the Consent
Decree lodged with this Court on March 7, 2024 (Dkt. No. 3-1) as a final judgment in this action
pursuant to Fed. R. Civ. P. 54 & 58. Accordingly, the Court has signed the Consent Decree
attached to this Order.

SO ORDERED THIS 13th DAY OF MAY, 2024.


Hon. James L. Robart
United States District Judge

ORDER